**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CJC TRUCKING, LLC and                                             PLAINTIFF
CAREY CUNDIFF

     vs.                    Case No. 4:10 CV 1540 BSM

DIAMOND INTERNATIONAL TRUCKS, INC.,
d/b/a DIAMOND INTERNATIONAL OF LITTLE ROCK          DEFENDANT

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

COMES NOW the Court, upon receiving the Plaintiff's Motion for Voluntary Dismissal With Prejudice, and finds as follows:

1. The Plaintiffs initiated this action by filing their Complaint in State Court.

2. The Defendants removed this action to this Court.

3. This Court has jurisdiction over the parties and subject matter hereto.

4. The Plaintiffs and the Defendant have advised the Court that this case has been resolved.

5. The Plaintiffs have filed a Motion for Voluntary Dismissal With Prejudice.

6. There is no counterclaim or other claims pending.

7. The Plaintiffs' Motion for Voluntary Dismissal With Prejudice is granted, this case is dismissed, and such dismissal shall be WITH PREJUDICE to the Plaintiffs' right to re-file the same in the future.

IT IS SO ORDERED, on this, the 10th day of November, 2011.

_____
The Honorable Brian Miller
United States District Court Judge for the
Eastern District of Arkansas


Agreed and approved as to form:


/s/ Kyle T. Unser
Kyle T. Unser, Attorney for Plaintiffs


/s/ Nate Coulter
Nate Coulter, Attorney for Defendant